■ In the Matter of the Judicial Settlement of the Intermediate Account of HSBC BANK USA, N.A., et al., as Trustees of the Trust under Agreement Dated December 23, 1975 and Restated August 15, 1990 for the Benefit of SEYMOUR H. KNOX, IV and Others, SEYMOUR H. KNOX, IV, Grantor, for the Period December 23, 1975 to November 3, 2005. HSBC BANK USA, N.A., Appellant; SEYMOUR H. KNOX, IV, Respondent. (Proceeding No. 3.) (Appeal No. 6.) [953 NYS2d 180]—Motion for leave to appeal to the Court of Appeals or, in the alternative, reargument denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ MICHELLE GALETTA, Appellant, v GARY GALETTA, Respondent. [953 NYS2d 180]—Motion insofar as it sought reargument denied. Motion insofar as it sought leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ In the Matter of the Judicial Settlement of the Intermediate Account of HSBC BANK USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, SEYMOUR H. KNOX, Grantor, for the Benefit of the Issue of SEYMOUR H. KNOX, III, for the Period January 21, 1957 to November 3, 2005. HSBC BANK USA, N.A., Appellant; W.A. READ KNOX et al., Respondents. (Proceeding No. 1.) (Appeal No. 2.) [953 NYS2d 180]—Motion for leave to appeal to the Court of Appeals or, in the alternative, reargument denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ In the Matter of CARLOS ABREU, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [953 NYS2d 180]—Motion for reargument or reconsideration denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ ERIE COUNTY SOCIETY FOR PREVENTION OF CRUELTY TO ANIMALS, Appellant, v BETH HOSKINS, Respondent. [953 NYS2d 179]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ In the Matter of DANIEL TARRANT, Respondent, v SHANNON OSTROWSKI, Appellant. [953 NYS2d 180]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.

■ REGENT FINANCIAL GROUP, LLC, Respondent, v ROSALEE BEDIAN, Appellant. [953 NYS2d 179]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.